IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LOUISE NEWMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  1:06CV355-SRW |
| ) | (WO) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of plaintiff's consent motion (Doc. # 27) to amend/correct order awarding attorney fees, and for good cause,[1] it is

ORDERED that the motion is GRANTED, and plaintiff is awarded additional EAJA fees in the amount of $504.20.

DONE, this 31st day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Due to a clerical error, evident on the face of the motion, plaintiff initially requested a total award which included fees for only one of her two attorneys.